Coogan *v.* Van Horn.

WILLIAM H. EARL et ux., appellants,

*v.*

COLLINS WINTERS, respondent.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Winters* v. *Earl,* 7 *Dick. Ch. Rep. 52.*

*Mr. Charles M. Woodruff,* for the appellants.

*Mr. Edward M. Colie,* for the respondent.

PER CURIAM.
Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, LIPPINCOTT, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, GREEN, KRUEGER, SIMS, SMITH—13.

*For reversal*—None.